UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

ANGELA WAHAB, on behalf of herself and all others similarly situated,

                         Plaintiff,

Civil Action No:
1:23-cv-9018

-v.-

WHITE'S BOOTS, INC.

                         Defendant.

-------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 18, 2025

| For Plaintiff Angela Wahab | For Defendant White's Boots, Inc. |
|---|---|
| */s/ Rami Salim* | */s/ Adi Kanlic* |
| Rami Salim | Adi Kanlic |
| Stein Saks, PLLC | O'Hagan Meyer, LLC |
| One University Plaza | One East Wacker Drive Suite 3400 |
| Hackensack, NJ 07601 | Chicago, IL 60601 |
| Ph: (201) 282-6500 | Ph: (312) 422-6114 |
| rsalim@steinsakslegal.com | Akanlic@ohaganmeyer.com |

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/Rami Salim*
                                            Rami Salim
                                            **Stein Saks, PLLC**
                                            One University Plaza
                                            Hackensack, NJ 07601
                                            *Attorneys for Plaintiff*